EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Marisara Meléndez Torres | 2014 TSPR 100<br><br>191 DPR ____ |

Número del Caso: TS-13,032

Fecha: 11 de agosto de2014

Abogada de la Peticionaria:

      Por derecho propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*Ex Parte*

                                    TS-13,032

Marisara Meléndez Torres




                         RESOLUCIÓN

San Juan, Puerto Rico, a 11 de agosto de 2014

     Atendida la *"Moción para Solicitar Readmisión"* presentada por la Sra. Marisara Meléndez Torres, se ordena la reinstalación de la señora Meléndez Torres al ejercicio de la abogacía.

     Se le apercibe a la señora Meléndez Torres que debe cumplir con los requisitos mínimos de horas crédito del Programa de Educación Jurídica Continua.

     Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.




                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo